# Order

**Michigan Supreme Court**
**Lansing, Michigan**

April 2, 2008

135375 & (48)

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

PATRICIA D. BRACKETT,
       Plaintiff-Appellee,

v

FOCUS HOPE and ACCIDENT FUND
INSURANCE COMPANY OF AMERICA,
       Defendants-Appellants.

SC: 135375
COA: 274078
WCAC: 04-000165

_____/

On order of the Court, the motion for leave to file brief amicus curiae is GRANTED. The application for leave to appeal the October 23, 2007 judgment of the Court of Appeals is considered. We direct the Clerk to schedule oral argument on May 7, 2008, on whether to grant the application or take other peremptory action. MCR 7.302(G)(1). At oral argument, the parties shall address whether plaintiff's injury resulted from her willful misconduct. MCL 418.305. The parties may file supplemental briefs no later than April 29, 2008, but they should not submit mere restatements of their application papers.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

April 2, 2008

_____
Clerk

t0401